**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KATHLEEN MCNULTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   4:12-cv-02298 |
| v. ) | |
| ) | |
| DELTA OUTSOURCE GROUP, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KATHLEEN MCNULTY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  February 12, 2013          By: /s/ Adam Maxwell
                                         Adam Maxwell
                                         Bar No. 62103
                                         KROHN & MOSS, LTD.
                                         10 N. Dearborn St. 3rd Fl.
                                         Chicago, IL 60602
                                         (312) 578-9428.
                                         Attorneys for Plaintiff

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

 I hereby certify that on February 12, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                s/ Adam Maxwell
                Adam Maxwell
                Attorney for Plaintiff