IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN MCNULTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  4:12-cv-02298 |
| v. | ) |
| | ) |
| DELTA OUTSOURCE GROUP, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |



MOTION:
Granted ✓
Denied
Overruled
Date
CBM 3/25/13

### NOTICE OF VOLUNTARY DISMISSAL

KATHLEEN MCNULTY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DELTA OUTSOURCE GROUP, INC.. (Defendant), in this case.

Respectfully Submitted,

DATED:  March 13, 2013

By: /s/ Adam Maxwell
Adam Maxwell
Bar No.  62103MO
KROHN & MOSS, LTD.
10 N. Dearborn St. 3rd Fl.
Chicago, IL 60602
(312) 578-9428.
Attorneys for Plaintiff

VOLUNTARY DISMISSAL

1